# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Bradley Terwilliger, Benjamin Matcek, Jimmy Dan Smith | § § § § § § | CIVIL NO: AU:16-CV-00599-SS |
| vs. | | |
| Brent Stroman, Manuel Chavez, Abelino Reyna, John Doe | | |

## ORDER SETTING PENDING MATTERS

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PENDING MATTERS** in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, June 03, 2016 at 09:00 AM**.

    IT IS SO ORDERED this 20th day of May, 2016.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE