IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 JUN -3  PM 3: 53

BRADLEY TERWILLIGER, BENJAMIN MATCEK, and JIMMY DAN SMITH,
        Plaintiffs,

-vs-                                       Case No. A-16-CA-599-SS

BRENT STROMAN, MANUEL CHAVEZ, ABELINO "ABEL" REYNA, and JOHN DOE,
        Defendants.

## O R D E R

BE IT REMEMBERED on this day the Court held a hearing in the above-styled cause, and the parties appeared by and through counsel. The Court now enters the following orders confirming its oral pronouncements:

        IT IS ORDERED that the parties, within fourteen (14) days from date of entry of this order, file with the Court a letter brief, copy to opposing counsel, setting forth their three best authorities on the questions discussed during hearing, including: whether a § 1983 action and criminal suit predicated on the same facts may proceed simultaneously under any circumstances; if law enforcement officers would be prohibited from giving testimony in such a § 1983 action; whether suing a John Doe defendant within the limitations period preserves claims against that individual after the limitations period runs; and the ability to take *Monell*-related discovery from a municipality if sued under these circumstances.

SIGNED this the 3rd day of June 2016.

                                                                     SAM SPARKS
                                                                     UNITED STATES DISTRICT JUDGE

599 post hrg ord ba.wpd

