FILED
16 OCT -4 AM 11: 12
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRADLEY TERWILLIGER, BENJAMIN MATCEK and JIMMY DAN SMITH<br>　　　Plaintiffs<br>v.<br><br>BRENT STROMAN, MANUEL CHAVEZ, ABELINO "ABEL" REYNA<br>and JOHN DOE<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br><br>NO. 1:16-CV-00599-SS |

## ORDER GRANTING AGREED STAY OF PROCEEDINGS

CAME ON before this Court the Joint Motion for Agreed Stay of Proceedings of the Plaintiffs and Defendants in this case seeking an agreed stay of proceedings in this case until January 16, 2017. The Court finds that the parties' motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that:

1.　All proceedings in this case are STAYED until January 16, 2017;

2.　Before the expiration of the stay period, the parties shall submit to the Court either an agreed motion to extend the stay, or a notice that no agreement to extend the stay can be reached. If no agreement can be reached to extend the stay, the Court, after giving the Plaintiffs the opportunity to respond to the pending motion for stay, and allowing seven days for the filing of a reply, will take up the matter of the pending motion for stay in this case; and

3.　If there is a change of circumstances during the stay that a party believes justifies that the stay be lifted, the party may file a motion to lift the stay with this Court explaining the change in circumstances and how such justify the lifting of the stay.

SIGNED this 4th day of October, 2016.

_____
JUDGE PRESIDING