**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **BRADLEY TERWILLINGER, BENJAMIN MATCEK, and JIMMY DAN SMITH,** | § § § § | |
| *Plaintiffs,* | § § | **CASE NO. 1:16-CV-599-ADA-DTG** |
| *v.* | § § § | |
| **ABELINO "ABEL" REYNA, and MANUEL CHAVEZ,** | § § § | |
| *Defendants.* | § § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORTS AND RECOMMENDATIONS (Dkt. Nos. 202 and 203)**

Before the Court are the Reports and Recommendations of United States Magistrate Judge Derek T. Gilliland. Dkt. Nos. 202 and 203. As to Defendant Manuel Chavez's Motion for Summary Judgment ("Chavez's Motion") (Dkt. 167), Judge Gilliland recommends that this Court **GRANT** Chavez's Motion. Dkt. 202 at 1, 11. The report was filed on February 23, 2026. The Court hereby adopts Judge Gilliland's recommendation.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiffs filed objections on March 9, 2026. Dkt. 204. Defendant Manuel Chavez also filed an objection on March 9, 2026. Dkt. 206. The Court has conducted *de novo* review of the Report and Recommendation (Dkt. 202), Plaintiff's objections (Dkt. 204), Defendant's objection (Dkt.

206), and the applicable facts and laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted in their entirety.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (Dkt. 202) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's objections (Dkt. 204) and Defendant's objection (Dkt. 206) are **OVERRULED.**

**IT IS FURTHER ORDERED** that Defendant Manuel Chavez's Motion for Summary Judgment (Dkt. 167) is **GRANTED**.

As to Defendant Abel Reyna's Motion for Summary Judgment ("Reyna's Motion") (Dkt. 166), Judge Gilliland recommends that this Court **GRANT** Reyna's Motion. Dkt. 203 at 1, 13. The report was filed on February 23, 2026. This Court hereby adopts Judge Gilliland's Recommendations.

Plaintiffs filed objections on March 9, 2026. Dkt. 205. The Court has conducted *de novo* review of the Report and Recommendation (Dkt. 202), Plaintiff's objections (Dkt. 204), and the applicable facts and laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted in their entirety.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (Dkt. 203) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's objections (Dkt. 205) are **OVERRULED.**

**IT IS FURTHER ORDERED** that Defendant Abel Reyna's Motion for Summary Judgment (Dkt. 166) is **GRANTED**.

The Clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 17th day of April, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE